IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEROME DAVIS, | ) | Case No. 4:06CV3002 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NEBRASKA DEPARTMENT OF | ) | |
| CORRECTIONAL SERVICES, and | ) | |
| DR. DANAHER, | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS HEREBY ORDERED** that the Defendants' Motion to Stay Proceedings and for Protective Order (#30) shielding Defendants from discovery pending a ruling on their Motion to Dismiss is granted.  Proceedings in this matter are stayed and Defendants shall not be subject to discovery pending a ruling on the Motions to Dismiss, and a new progression order will issue following that ruling, if the Motions to Dismiss are denied in whole or in part.

Dated this 3rd day of May, 2006.

BY THE COURT:

s/ F. A. Gossett
U.S. Magistrate Judge

14-334-2